LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ.
Nevada State Bar No. 6711
GLEN J. HARPER, ESQ,
Nevada State Bar No. 12763
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorney for Petitioners*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IVAN BYARD, a minor, by and through his natural parents, Misty McGannon and Brian Byard,<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; SARAH HOPKINS, individually; HOLLY LEPISTO, individually,<br><br>Defendants. | CASE NO: 2:15-cv-01785-RCJ-CWH |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41

COME NOW, Plaintiff IVAN BYARD, by and through his natural parents, Misty McGannon and Brian Byard, by and through their attorneys Andre M. Lagomarsino, Esq. and Glen J. Harper, Esg. of the law firm Lagomarsino Law, and Defendants NYE COUNTY SCHOOL DISTRICT, SARAH HOPKINS, and HOLLY LEPISTO, by and through their attorneys Thomas P. Beko, Esq. and Ann M. Alexander, Esq. of the law firm Erickson, Thorpe & Swainston, Ltd., and hereby submit their Stipulation of Dismissal Pursuant to F.R.C.P 41.

/ / /

/ / /

/ / /

The parties hereby voluntarily dismiss the above referenced case with prejudice pursuant F.R.C.P. 41(a)(1)(A)(ii) by submitting the Stipulation of Dismissal signed by counsel for Plaintiff and Defendants. Each party will bear their own fees and costs.

| | |
|---|---|
| **LAGOMARSINO LAW** | **ERICKSON, THORPE & SWAINSTON, LTD.** |
| /s/ Andre M. Lagomarsino<br>ANDRE M. LAGOMARSINO, ESQ.<br>Nevada State Bar No. 6711<br>GLEN J. HARPER, ESQ.<br>Nevada State Bar No. 12763<br>3005 West Horizon Ridge Parkway, Suite 241<br>Henderson, Nevada 89052<br>T: (702) 383-2864<br>F: (702) 383-0065<br>Attorneys for *Plaintiff* | /s/ Thomas P. Beko<br>THOMAS P. BEKO, ESQ.<br>Nevada State Bar No. 2653<br>ANN M. ALEXANDER, ESQ.<br>Nevada State Bar No. 7256<br>99 West Arroyo Street<br>P.O. Box 3559<br>Reno, Nevada 89505<br>T: (775) 786-3930<br>Attorneys for *Defendants* |

IT IS SO ORDERED this 1st day of April, 2016.

_____
ROBERT C. JONES